IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Farris, Carmen D | Case Number:  04 B 27086 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/29/08 | Filed:  7/21/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: June 13, 2008
Confirmed: September 9, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 14,996.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 13,727.03 |
| Priority: | | 0.00 |
| Administrative: | | 485.00 |
| Trustee Fee: | | 783.13 |
| Other Funds: | | 0.84 |
| Totals: | 14,996.00 | 14,996.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Joseph Wrobel Ltd | Administrative | 485.00 | 485.00 |
| 2. | World Financial Network Nat'l | Unsecured | 105.33 | 105.33 |
| 3. | Nordstrom | Unsecured | 164.52 | 164.52 |
| 4. | ECast Settlement Corp | Unsecured | 415.61 | 415.61 |
| 5. | World Financial Network Nat'l | Unsecured | 173.89 | 173.89 |
| 6. | Capital One | Unsecured | 960.98 | 960.98 |
| 7. | Monogram Credit Card Bk Aka GE Money Bk | Unsecured | 694.96 | 437.81 |
| 8. | World Financial Network Nat'l | Unsecured | 62.24 | 62.24 |
| 9. | World Financial Network Nat'l | Unsecured | 235.10 | 235.10 |
| 10. | World Financial Network Nat'l | Unsecured | 276.58 | 276.58 |
| 11. | FDS NATIONAL BANK-BLOOMINGDALES | Unsecured | 431.24 | 431.24 |
| 12. | World Financial Network Nat'l | Unsecured | 102.60 | 102.60 |
| 13. | Resurgent Capital Services | Unsecured | 2,303.43 | 2,303.43 |
| 14. | Premier Visa | Unsecured | 642.32 | 642.32 |
| 15. | Specialized Management Consultants | Unsecured | 210.52 | 210.52 |
| 16. | Resurgent Capital Services | Unsecured | 2,613.12 | 2,613.12 |
| 17. | Resurgent Capital Services | Unsecured | 2,136.91 | 2,136.91 |
| 18. | Resurgent Capital Services | Unsecured | 266.34 | 266.34 |
| 19. | Marshall Field & Company | Unsecured | 276.08 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 1,447.04 | 1,447.04 |
| 21. | Resurgent Capital Services | Unsecured | 137.35 | 137.35 |
| 22. | ECast Settlement Corp | Unsecured | 604.10 | 604.10 |
| 23. | CitiMortgage Inc | Secured | | No Claim Filed |
| 24. | LaSalle Bank NA | Secured | | No Claim Filed |
| 25. | Fleet Credit Card Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Farris, Carmen D | Case Number: 04 B 27086 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 7/29/08 | Filed: 7/21/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Fingerhut Corporation | Unsecured | | No Claim Filed |
| 27. | Lew Magram Ltd | Unsecured | | No Claim Filed |
| 28. | Gap | Unsecured | | No Claim Filed |
| 29. | Paul Harris Stores Inc | Unsecured | | No Claim Filed |
| 30. | Wal Mart Stores | Unsecured | | No Claim Filed |

$ 14,745.26          $ 14,212.03

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 152.47 |
| 4% | 44.14 |
| 3% | 29.73 |
| 5.5% | 177.20 |
| 5% | 49.01 |
| 4.8% | 100.04 |
| 5.4% | 230.54 |
| | $ 783.13 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

